JS-6

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>KEY CARRIER GROUP, CO., an Illinois company,<br><br>　　　　　Defendant. | Case No. 8:23-cv-02430-FWS-KES<br><br>**JUDGMENT** |

///

///

///

# JUDGMENT

On June 28, 2024, the court granted in part and denied in part Plaintiff Ameris Bank's ("Plaintiff") Motion for Default Judgment against Defendant Key Carrier Group, Co. ("Defendant"). (Dkt. 21.) Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. Judgment is entered in this matter, in favor of Plaintiff, and against Defendant, in the total amount of **$184,317.21**; which represents (1) compensatory damages in the amount of $165,354.00; (2) prejudgment interest in the amount of $11,552.13; (3) attorneys' fees in the amount of $6,907.08; and (4) costs in the amount of $504.00.
2. The Clerk is **ORDERED** to enter this Judgment forthwith.

**IT IS SO ORDERED**.

DATED: June 28, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE